THE STATE, Appellant, v. SPOOLEY GEIER.

Division Two, November 23, 1909.

**APPEAL.** The State is not entitled to an appeal from a judgment of the circuit court sustaining defendant's plea in abatement to the indictment.

Appeal from Jasper Circuit Court.—*Hon. Henry L. Bright,* Judge.

APPEAL DISMISSED.

*Elliott W. Major,* Attorney-General, *James T. Blair,* and *Charles G. Revelle,* Assistant Attorneys-General, for the State.

*R. M. Sheppard* for respondent.

FOX, J.—The record in this cause is substantially the same as that in State v. Craig, *ante,* p. 201, decided at the present sitting of this court: at least it presents the same legal proposition. We deem it unnecessary

to repeat what was said in the Craig case as to the right of the State to prosecute an appeal, but it is sufficient to say that, adopting the conclusions as reached by this court in that case, it follows that the appeal in the case at bar should be dismissed, and it is so ordered. All concur.

**APPEAL.** The State is not entitled to an appeal from a judgment of the circuit court sustaining defendant's plea in abatement to the indictment.

*Elliott W. Major,* Attorney-General, *James T. Blair* and *Charles G. Revelle,* Assistant Attorneys-General, for the State.

*R. M. Sheppard* for respondent.